# MEMORANDUM DECISIONS.

MUNICIPAL TELEGRAPH & STOCK CO. v. WARD, Internal Revenue Collector. (Circuit Court of Appeals, Second Circuit. June 23, 1905.) No. 216. In Error to the Circuit Court of the United States for the Northern District of New York. This cause comes here upon writ of error to review a judgment of the Circuit Court, Northern District of New York, in favor of the defendant in error who was plaintiff below. The cause was tried upon stipulation by the court without a jury, and the facts and conclusions thereon are reported in 133 Fed. 70. John A. Delehanty, for plaintiff in error. Taylor L. Arms, for defendant in error. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. We do not think it necessary to add anything to the opinion of the Circuit Judge. The evidence entirely warrants the finding of facts therein set forth, and upon those facts we fully concur in the conclusion that the dealings between plaintiff and its correspondents were dealings between principals and independent of the correspondents' dealings, each with his own customers. The judgment is affirmed.

VANDERBILT et al. v. EIDMANN. (Circuit Court of Appeals, Second Circuit. April 4, 1905.) No. 67. In Error to the Circuit Court of the United States for the Southern District of New York. For decision below, see (C. C.) 121 Fed. 590. The Circuit Court of Appeals certified certain questions in the case to the Supreme Court, which were answered in Vanderbilt v. Eidman, 196 U. S. 480, 25 Sup. Ct. 331, 49 L. Ed. 563. Anderson & Anderson, for plaintiffs in error. Henry L. Burnett, U. S. Atty., for defendant in error. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Judgment sustaining demurrer reversed, with costs, and with directions to enter judgment for plaintiffs, upon demurrer, for relief demanded in complaint.